**STEEL TRANSPORTATION COMPANY, Appellant, v. Walter KACHEL, by Sophie Kachel, his next friend, Appellee.**

No. 11038.

United States Court of Appeals
Sixth Circuit.

April 13, 1950.

Carl F. Davidson, Detroit, Mich., for appellant.

Lillian M. Doyle and O. B. Weed, Detroit, Mich., for appellee.

Before HICKS, Chief Judge, and ALLEN and MILLER, Circuit Judges.

PER CURIAM.

This case came on to be heard on the briefs and record and oral argument of counsel;

And it appearing that the principal questions presented arise out of issues of fact which were properly presented to the jury; Kerns v. Lewis, 249 Mich. 27, 30, 227 N. W. 727; Breger v. Feigenson Bros. Co., 264 Mich. 37, 41, 249 N.W. 493; Phillips v. Fotheringham, 277 Mich. 566, 571, 269 N. W. 600; Reitenga v. Kalamazoo Creamery Co., 288 Mich. 161, 165, 284 N.W. 683; and that the verdict is supported by substantial evidence;

And it appearing that the District Court correctly charged the jury upon the applicable law, and that no error is assigned to the charge;

And no reversible error appearing in the record:

It is ordered that the judgment be, and it hereby is, affirmed.

■

**Charles A. CAROLIN, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 11027.

United States Court of Appeals
Sixth Circuit.

April 19, 1950.

Donald K. Tyler, Detroit, Mich., for petitioner.

Theron L. Caudle, Charles Oliphant, John M. Morawski, Ellis N. Slack, A. F. Prescott, and S. Dee Hanson, Washington, D. C., for respondent.

Before HICKS, Chief Judge, and ALLEN and McALLISTER, Circuit Judges.

PER CURIAM.

The above cause coming on to be heard upon the briefs of the parties, the transcript of the record, and the argument of counsel, and the court being duly advised,

Now, therefore, it is ordered, adjudged, and decreed that the decision appealed from be and is hereby affirmed upon the opinion of the Tax Court.